DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| | | | |
|---|---|---|---|
| 424A12 | Michael A. Green and Daniel J. Green v. Jack L. Freeman, Jr.; Corinna W. Freeman; Piedmont Capital Holding of N.C., Inc.; Piedmont Express Airways, Inc.; Piedmont Southern Air Freight, Inc., and NAT Group, Inc. v. Lawrence J. D'Amelio, III, Third-Party Defendant | 1. Def's (Corinna W. Freeman) NOA Based Upon a Dissent (COA11-548)<br><br>2. Plts' PDR Under N.C.G.S. § 7A-31<br><br>3. Plts' Motion for Petition for Remand to the COA | 1. - - -<br><br>2. Denied<br><br>3. Denied |
| 436A12 | Jacob Ginsburg, Esq. v. Douglas D. Pritchard, MD; Statesville Pain Associates, PLLC; Robin Pritchard, RN; Carolina Pain Consultants; and Bobby Kearney, MD | Plt's *Pro Se* NOA Based Upon a Constitutional Question (COA12-304) | Dismissed *ex mero motu*<br><br><br><br>**Beasley, J. Recused** |
| 439P12 | State v. Tion LaMichael Bradley | Def's PDR Under N.C.G.S. § 7A-31 (COA12-139) | Denied |
| 450PA12 | Barbara R. Duncan v. John H. Duncan | Plt's Motion for Remand to the COA for Decision on the Merits | Denied **02/21/13**<br><br>**Beasley, Jr. Recused** |
| 467P12 | Stephanie Ritchie v. Christopher D. Ritchie | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-157)<br><br>2. Def's Motion for Temporary Stay<br><br><br><br>3. Def's Petition for *Writ of Supersedeas* | 1. Denied<br><br>2. Allowed **11/09/12** Dissolved the Stay **03/07/13**<br><br>3. Denied |